```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MICHAEL WAYNE SHIFFLETT,**

    **Petitioner,**

**v.**                    **CIVIL ACTION NO.  3:05CV60 &**
                         **CRIMINAL ACTION NO. 3:99CR42-6**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, filed April 12, 2006. The Petitioner did not file objections to the Magistrate Judge's Report and Recommendation.

The Court, after reviewing the above, is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby ORDERED adopted.

The Court, therefore, **ORDERS** that Shifflett's Petition to Vacate, Set Aside or Correct Sentence (Document No. 1) be **DENIED**. It is further **ORDERED** that this action be **DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation, and **STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to mail a copy of this order to the <u>pro se</u> petitioner, certified mail, return receipt requested, and to transmit copies of this Order to all counsel of record.

**DATED**  this 19th day of January 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE